UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

| | |
|---|---|
| United States of America | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) Case No. 09-10109 |
| | ) |
| Ryan P Tucker | ) |
|     Defendant | ) |

## ORDER

Court adopts the Report and Recommendation of Magistrate Judge John A. Gorman and it is ordered that the Motion to suppress statements and the Motion to suppress evidence are DENIED.

Date: June 22, 2010

s/Joe B. McDade
Joe B. McDade
U.S. District Judge